UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MIGUEL LOPEZ TORRES,

     Petitioner,

v.                                  No. 1:26-CV-087-H

ROBERT CERNA, et al.,

     Respondents.

## ORDER

Before the Court is Miguel Lopez Torres's amended petition for a writ of habeas corpus. Dkt. No. 2. The respondents advise the Court that Lopez Torres has been removed from the United States. Dkt. No. 16 at 1. Because Lopez Torres is no longer in custody, the Court concludes that his claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing"). Thus, the amended petition (Dkt. No. 2) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on July 9, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE